**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| ELVIRA COLLINS, | ) | |
| 9608 Maywood Avenue | ) | |
| Kansas City, MO 64134 | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. 4:09-cv-00185-REL |
| vs. | ) | |
| | ) | |
| | ) | |
| ALLIED INTERSTATE, INC., | ) | |
| 435 Ford Road, #800 | ) | |
| St. Louis Park, MN 55426 | ) | |
| | ) | |
|     Defendant. | ) | |

**NOTICE OF SETTLEMENT**

    NOW COMES the Plaintiff, ELVIRA COLLINS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

    Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

///

///

///

///

RESPECTFULLY SUBMITTED,

By: /s/ Patrick Cuezze
     Patrick Cuezze,
     Attorney for Plaintiff
     Krohn & Moss, Ltd.
     10635 Santa Monica Blvd., Suite 170
     Los Angeles, CA 90025