IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| ELVIRA COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 09-00185-CV-W-REL |
| | ) | |
| ALLIED INTERSTATE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is a Joint Stipulation For Dismissal With Prejudice (Doc. No. 22). In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is

ORDERED that this action is dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

                                               */s/ Robert E. Larsen*
                                               ROBERT E. LARSEN
                                               United States Magistrate Judge

Kansas City, Missouri
December 11, 2009